MECIMORE v. COTHREN

No. 235P93

Case below: 109 N,C.App. 650

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 9 September 1993.

MESSICK v. CATAWBA COUNTY

No. 297P93

Case below: 110 N.C.App. 707

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 9 September 1993.

NORTHWESTERN FINANCIAL
    GROUP v. COUNTY OF GASTON

No. 295P93

Case below: 110 N.C.App. 531

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 9 September 1993.

PHELPS v. PHELPS.

No. 144PA93

Case below: 109 N.C.App. 242

Motion by plaintiff to dismiss the appeal for lack of significant public interest denied 9 September 1993. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 9 September 1993.

POWELL v. OMLI

No. 271P93

Case below: 110 N.C.App. 336

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 9 September 1993.